Order entered February 5, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00883-CV
No. 05-11-00884-CV
No. 05-11-00885-CV
No. 05-11-00886-CV
No. 05-11-00887-CV
No. 05-11-00888-CV

**IN RE PHILIPPE PADIEU, Relator**

On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 219-82276-07, 219-82277-07, 219-82278-07,
219-82279-07, 219-82280-07, and 219-82705-07

# ORDER
### Before Justices Francis, Myers, and Evans

The Court has before it real party in interest's February 1, 2013 motion for extension of time to file its response. The Court **GRANTS** the motion and **ORDERS** real party in interest to file its response by February 28, 2013.

/s/    MOLLY FRANCIS
       JUSTICE